# UNITED STATES DISTRICT COURT

__NORTHERN__  DISTRICT OF __ILLINOIS, EASTERN DIVISION__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>DARRYL MAYFIELD | CRIMINAL COMPLAINT<br><br>**MAGISTRATE JUDGE ASHMAN**<br>CASE NUMBER<br><br>**08CR 0051** |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about November 15, 2007 at Chicago ~~Heights~~, in the __Northern__ District of __Illinois,__ defendant did, for the purpose of influencing the actions of National City Bank, the deposits which were insured by the Federal Deposit Insurance Corporation, knowingly make false statements to National City Bank to obtain a credit card and auto loan, namely, that he provided a false Social Security Number and false date of birth;

in violation of Title __18__ United States Code, Section __1014__.

I further state that I am a(n) __Special Agent with the Secret Service__ and that this complaint is based on the following facts:

See Attached Affidavit.

Continued on the attached sheet and made a part hereof:  __X__ Yes  ___ No

**FILED**
JAN 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____
Todd Di Carlo
Signature of Complainant

Sworn to before me and subscribed in my presence,

1-22-08                                     at   Chicago, Illinois
Date                                             City and State

Magistrate Judge Martin C. Ashman            _____
Name & Title of Judicial Officer              Signature of Judicial Officer

| | |
|---|---|
| STATE OF ILLINOIS ) | |
| ) | SS |
| COUNTY OF COOK ) | |

## AFFIDAVIT

I, TODD DI CARLO, being duly sworn, hereby depose and state:

1. I am a Special Agent of the United Secret Service, assigned to the Chicago Field Office Financial Crimes Squad as a Group Leader, in Chicago, Illinois and have been a Special Agent for approximately five and half years. I am a graduate of the Federal Law Enforcement Training Academy, Glynco, Georgia, where I received extensive training and instruction in federal law, rules and laws of evidence, and federal investigative techniques. Prior to becoming a Special Agent with the U.S. Secret Service I was been employed as Chicago Police Officer, Chicago, Illinois from December 1991 until September 1994 and a Police Officer/Detective for the Matteson, Illinois Police Department from September 1994 until September 2002. During my time in law enforcement I have received extensive training in and developed extensive experience with crimes involving forgery, identity theft, fraud, theft by deception, and other numerous financial related crimes

2. The information provided in this affidavit was obtained from my personal observations, training and experience, interviews with banking and auto dealer personnel, victim interviews, my review of records, my personal knowledge of this investigation and information from other law enforcement officers. The information provided is solely a summary of the facts known in this case and is submitted for the limited purpose of establishing probable cause in support of a Complaint charging Darryl Mayfield with violating federal criminal law, Title 18 U.S.C. Section 1014, making a false statement to a financial institution. This affidavit does not contain all the facts known to me concerning this investigation.

3. Based on information provided by law enforcement entities, your affiant and the Secret Service have been investigating Darryl Mayfield for using false personal information to purchase vehicles and obtain credit. Mayfield currently has two pending Felony criminal cases for Identity Theft related charges in Cook County, Illinois and DuPage County, Illinois.

4. On December 28, 2007, I was provided with information from a known identified source in a position to know that Darryl Mayfield recently had applied for a credit card at National City Bank and was currently driving a dark colored Lexus bearing Illinois Temporary License Plate # 318 J 218.

5. I subsequently conducted a license plate check on # 318 J 218. via N.L.E.T.S. and L.E.A.D.S. which confirmed the vehicle to be registered to:

Darryl Mayfield
P.O. Box 1608
Matteson, Illinois 60443

Vehicle Description:
2002 Lexus
VIN# JTHBN30F920085809

The L.E.A.D.S. information also revealed that the vehicle had been purchased from Joseph Motors Auto Sales, Chicago, Illinois.

6. On January 8, 2008, Special Agents of the United States Secret Service Chicago Field Office Financial Crimes Squad went to Joseph Motors Auto Sales Inc., 2336-42 N. Pulaski Rd., Chicago, Illinois, and spoke to a co-owner. The co-owner provided copies of the "Deal Jacket" and documentation for the purchase of the 2002 Lexus LS 430, Vehicle Identification Number (VIN)# JTHBN30F920085809, by Darryl Mayfield. This documentation included a copy of a cashier's check #56699946 for $26,000 drawn on National City Bank paper. The co-owner also was shown

a photo array and identified Darryl Mayfield as the purchaser of the Lexus.

7.  On January 14, 2008, I received and reviewed documentation requested from National City Bank relating to the aforementioned credit card and check. National City Bank's deposits are insured by the Federal Deposit Insurance Corporation (FDIC). The application for the credit card showed the following personal identifiers were utilized by the applicant.

Victim A
Social Security Number: xxx-xx-xx87
Date of Birth: xx/xx/1952

The subject Darryl Mayfield's personal identifiers are as follows:

Darryl Mayfield
Social Security Number: xxx-xx-xx45
Date of Birth: xx/xx/1964

8.  National City Bank documentation for the credit card account furthered showed the following transactions: an October 11, 2007 transaction at Joseph Motors Auto Sales, Chicago, Illinois for $2,000.00, reference# 24498908XWGNLSHP3; an October 13, 2007 transaction at Joseph Motors Auto Sales, Chicago, Illinois for another $2,000.00, reference# 24498908ZWGNLSHT2; and an October 19, 2007 transaction at Joseph Motors Auto Sales, Chicago, Illinois for $1,500.00, reference# 244989096WGNLSHR3.

9.  National City Bank documentation also included copies of the $26,000 check and the auto loan application filled out to procure the check. The loan was applied for on November 15, 2007, in the name of Victim A, Chicago Heights, Illinois, for a 2002 Lexus LS V8, VIN# JTHBN30F920085809. The loan application personal identifiers supplied for the loan are as follows:

Victim A
Social Security Number: xxx-xx-xx87
Date of Birth: xx/xx/1952
Chicago Heights, Illinois 60411
Illinois Drivers License Number: M143-1605-2280 *(No Record on File L.E.A.D.S.)*

Current Employment of: World Wide Auto Inc.
Current Position: Account Manager
Gross Pay of $8,200.00
Employed there for 6 years

The loan documentation further revealed that Darryl Mayfield received a National City Bank Cashier's Check# 56699946, on November 19, 2007, in the amount of $26,000.00, pay to the order of Victim A, for the purchase of the 2002 Lexus LS 430, VIN# JTHBN30F920085809.

10.     On January 15, 2008, Special Agents of the United States Secret Service, Chicago Field Office, Financial Crimes interviewed Victim A in Chicago, Illinois. During this interview Victim A confirmed that Social Security Number: xxx-xx-xx87 and Date of Birth: xx/xx/1952 belonged to him/her and that at no time did he/she give anyone permission or authority to utilize the identifiers to obtain credit or a loan.

11.     On January 15, 2008, during an interview of the owners of Joseph Motors Auto Sales, agents were informed that Darryl Mayfield was employed as a salesman for Joseph Motors from the summer of 2007 until late November 2007. One owner further related that he had issued Darryl Mayfield a refund check in the amount of $4,198.98, check # 2876, for the difference between the amount of the aforementioned National City Bank cashiers check and the purchase price of the 2002 Lexus LS 430, VIN# JTHBN30F920085809. The owners further advised that Mayfield executed all facets of the purchase of the aforementioned Lexus, including the preparation of all the paperwork, including the title and licensing, as well as all the paperwork related to the financing.

The owners also explained that Mayfield conducted numerous unauthorized credit card advances utilizing the credit card machine at the business, for which Mayfield was terminated from Joseph Motors.

FURTHER AFFIANT SAYETH NOT.

_____
Todd Di Carlo, Special Agent
Secret Service

Subscribed and sworn to before me,
This 22nd day of January, 2008

_____
U.S. Magistrate Judge Martin C. Ashman

5