## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 51 - 1 | **DATE** | 1/23/2008 |
| **CASE TITLE** | USA vs. Darryl Mayfield | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 1/23/2008 as to defendant Darryl Mayfield. Defendant appears in response to arrest on 1/23/2008. Defendant informed of his rights. Daniel J. Hesler from the Federal Defender Program is appointed as counsel for today's proceedings only. Government seeks detention. Detention hearing set for 1/25/2008 at 3:00 p.m. Defendant to remain in custody pending further court proceedings.

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | IS |
|---|---|---|