## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 51 - 1 | **DATE** | 2/5/2008 |
| **CASE TITLE** | USA vs. Darryl Mayfield | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 2/5/2008 as to defendant Darryl Mayfield. Order defendant detained as a flight risk and/or danger to the community pending further court proceedings.

Docketing to mail notices.

00:14

| | Courtroom Deputy Initials: | IS |
|---|---|---|