# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 51 | **DATE** | 2/14/2008 |
| **CASE TITLE** | USA vs. Darryl Mayfield | | |

**DOCKET ENTRY TEXT**

Government's unopposed motion for an extension of time to return indictment [8] is granted. ENTER ORDER: It is ordered that the time within which to file an indictment against the defendant be extended from February 22, 2008 to and including March 23, 2008.
X-T

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|

Case 1:08-cr-00051  Document 9  Filed 02/14/2008  Page 1 of 1

08CR51 USA vs. Darryl Mayfield                                             Page 1 of  1