## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 51 | **DATE** | 3/6/2008 |
| **CASE TITLE** | USA vs. Darryl Mayfield | | |

**DOCKET ENTRY TEXT**

Government's unopposed second motion for an extension of time to return indictment or to file an indictment [12] is granted. ENTER ORDER: It is hereby ordered that the time within which to file an indictment against the defendant be extended from March 23, 2008 to and including April 22, 2008.
X-T

■ [ For further detail see separate order(s).]    Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|