# SEALED DOCUMENT

# NOT AVAILABLE

# FOR PUBLIC VIEWING

Case 1:08-cr-00051  Document 15  Filed 03/06/2008  Page 1 of 1