# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 51 - 1 | **DATE** | 4/17/2008 |
| **CASE TITLE** |  | USA vs. Darryl Mayfield | |

**DOCKET ENTRY TEXT**

Detention hearing held. Defendant's oral motion for a bail review is denied. Defendant to remain in custody pending further court proceedings. It is hereby ordered that the proceedings held today in this case are to be sealed until further order of court.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | IS |
|---|---|---|