## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 51 - 1 | **DATE** | 6/2/2008 |
| **CASE TITLE** | USA vs. Darryl Mayfield | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 6/2/2008. It is hereby ordered that the court hearing is placed under seal, and the Clerk's Office shall not allow anyone to hear it or transcribe it except by prior court order.

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | IS |
|---|---|---|