## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 51 - 1 | **DATE** | 6/25/2008 |
| **CASE TITLE** | USA vs. Darryl Mayfield | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 6/25/2008; and continued to 6/27/2008 at 9:30 a.m. It is hereby ordered that this hearing and transcript are placed under seal until further order of court.

Docketing to mail notices.

00:11

| | Courtroom Deputy Initials: | IS |
|---|---|---|