# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 51 - 1 | **DATE** | 6/27/2008 |
| **CASE TITLE** | USA vs. Darryl Mayfield | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 6/27/2008.

Docketing to mail notices.

00:06

FILED
2008 JUN 27 PM 12:06
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | IS |
|---|---|---|