## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | James F. Holderman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 51 | **DATE** | 7/8/2008 |
| **CASE TITLE** | USA vs. Darryl Mayfield | | |

**DOCKET ENTRY TEXT**

Government's unopposed sixth mtoion for an extension of time to return indictment or to file an information [39] is granted. ENTER ORDER: It is hereby ordered that the time within which to return an indictment or file an information against the defendant be extended from July 15, 2008 to and including October 15, 2008. X-T

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|