Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 51 - 1 | **DATE** | 9/11/2008 |
| **CASE TITLE** | USA vs. Darryl Mayfield | | |

**DOCKET ENTRY TEXT**

Enter agreed order regarding conditions of release. It is hereby ordered that defendant Darryl Mayfield's conditions of pre-trial release shall be modified to remove the current requirement of home incarceration with electronic monitoring. Defendant is required to continue to report to Pre-Trial Services as directed, all other conditions of his release shall remain the same.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|