UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 51 |
| v. | ) | |
| | ) | Magistrate Judge Martin C. Ashman |
| DARRYL MAYFIELD | ) | |

### AGREED ORDER REGARDING CONDITIONS OF RELEASE

IT IS HEREBY ORDERED:

Defendant Darryl Mayfield's conditions of pre-trial release shall be modified to remove the current requirement of home incarceration with electronic monitoring. Defendant is required to continue to report to Pre-Trial Services as directed, and all other conditions of his release shall remain the same.

MARTIN C. ASHMAN
United States Magistrate Judge

DATED: **SEP 11 2008**